U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
OCT 13 2009
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE U.S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

Tommy Radford     Plaintiff

vs.     Civil No. 08 cv-1008

Capt. D. Norwood     Defendants

## "Motion For Extension Of Time"

Comes Now Pro Se, Plaintiff, Tommy Radford in this Action for Motion For Extension of Time for Stated Reasons:

No. 1. Plaintiff Tommy Radford is presently confined at Maximum Security Unit at 2501 State Farm Road in Tucker AR. 72168

2. Plaintiff Filed a Motion on, or about January 2009 advising the court that he was Transferred From ADC Grimes Unit 300 Correction Drive Newport. AR. 72112 **To** ADC Varner Unit P.O. Box #600 Grady AR. 71644 And Plaintiff has **Not** been receiving any of his Legal Mail, Since Plaintiff has "Again" been Transferred to M.S.U. 2501 State Farm Rd Tucker AR. 72168

3. Plaintiff Tommy Radford was Transferred From V.S.M Unit

TO: M.S.U 2501 State Farm Rd Tucker AR. 72168 on or about January 16, 2009 And All or most of plaintiff Legal Mail has Not been Forward to him in a timely manner, if at all. Plaintiff Never even received Defendants' Motion To compel on or about March 26, 2009 Nor Discovery Requests on May 04, 2009.

4. Plaintiff has Not Refused To Answer Neither Motions that was Allegedly Mailed To plaintiff on March 26, 2009 or May 18, 2009, because plaintiff had been TRANSFerred To M.S.U 2501 State Farm Road Tucker AR. 72168 Every Since January 16, 2009.

5. Plaintiff Strongly request that The Court And Defendants' Counsel reflect to The Court (case) Docket Sheet And it will verify and confirm that plaintiff has Filed Several Notices of Change of Addresses And cannot respond to Discovery Requests, nor Anything if He Never Received Such Discovery Requests.

6. Plaintiff CANNOT be held Responsible for Legal Document Requests that he Never received, Nor be Sanctioned for failure to prosecute.

7. Plaintiff Request that Another Copy of Discovery Requests be Mailed To Him At his present Address At → M.S.U. 2501 State Farm Rd Tucker AR. 72168 And he be Allowed Time to Answer Requests with AN Extension of Time.
See Docket Sheet where plaintiff Request Notice of Address Change And Post Mark of The Address Defendants Mailed Discovery Amiss too.

Plaintiff Prays that Motion For Extension of Time be Granted in the entirety.

CERTIFICATE OF SERVICE

I hereby certify that on this September **29th** **2009** date that Foregoing was Sent by U.S Postal Service to The U.S.D.C in El Dorado AR. 71730

Tommy Radford
# 89900
M.S.U 2501 State Farm

X: c/c Filed.