IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TOMMY RADFORD                                                                                          PLAINTIFF

v.                                              Civil No. 1:08-cv-1008

CAPTAIN DAVID NORWOOD;
JOE STRICKLAND;
TAMMI POOLE;
CHRIS GILL;
MARK SPEER;
DETECTIVE FRANKLIN;
GLENN LAMPKINS;
JAKE McCLANE;
JUSTIN SMITH;
JAILER BAKER;
JERRY THOMAS; and
LARRY BRAZZELLE                                                                                      DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

On November 5, 2009, the Court directed Plaintiff to identify Defendant Bobby Ray Smith, by either actual name or physical description, because service of process was unable to be obtained upon said Bobby Ray Smith at the Ouachita County Jail. Plaintiff was directed to provide either the actual name or a physical description of the Defendant Bobby Ray Smith on or before December 4, 2009. Plaintiff has failed to provide either the actual name or physical description of this Defendant as ordered.

Accordingly, it is the recommendation of the undersigned that Bobby Ray Smith be dismissed as a Defendant in this case.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636 (b) (1). The failure to file timely**

-1-

**objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**IT IS SO ORDERED** this **29th day of March 2010.**

/s/ Barry A. Bryant
HONORABLE BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE