IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

TOMMY RADFORD                                                                                          PLAINTIFF

VS.                                              Civil No. 08-CV-1008

CAPTAIN DAVID NORWOOD, et al.                                                          DEFENDANTS

**ORDER**

Now on this 18th day of May, 2010, comes on for consideration the proposed findings and recommendations filed herein on April 26, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Fourteen days having passed without objections being filed by the parties, the Court hereby adopts in toto the findings and recommendations.

Accordingly, the Court finds that Plaintiff's Motion for Extension of Time [Doc. 92] and separate Defendants Thomas and Baker's Motion to Dismiss [Doc. 94] should be and are hereby denied. The Plaintiff is ordered to immediately provide his complete responses to Defendants' propounded discovery upon receipt of this order. Further withholding of discovery from Defendants may result in dismissal of Plaintiff's case.

IT IS SO ORDERED.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**