IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TOMMY RADFORD                                                                  PLAINTIFF

VS.                                       CASE NO. 08-CV-1008

CAPTAIN DAVID NORWOOD,
et al.,                                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on June 29, 2010, by the Honorable Barry A. Bryant, United States District Judge for the Western District of Arkansas. (Doc. No. 107). In his report, Judge Bryant finds that the Plaintiff has continuously failed to obey the Court's orders regarding discovery requests propounded upon him by Defendants Jerry Thomas and Brian Baker. Therefore, he recommends that Plaintiff's claims against Defendants Thomas and Baker be dismissed with prejudice. Fourteen (14) days have passed without objections being filed by the parties. The Court adopts *in toto* the magistrate judge's findings and recommendations.

Accordingly, the Court finds that separate Defendants Jerry Thomas and Brian Baker's Motion to Dismiss (Doc. No. 104) should be and hereby is **granted**. Plaintiff's Complaint and Addendum/Supplement to the Complaint as to Defendants Thomas and Baker are hereby dismissed with prejudice

IT IS SO ORDERED, this 26th day of July, 2010.

                                                                      /s/Harry F. Barnes
                                                                      Hon. Harry F. Barnes
                                                                      United States District Judge