IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**TOMMY RADFORD**                                                                                          **PLAINTIFF**

v.                                              Civil No. 1:08-cv-1008

**CAPTAIN DAVID NORWOOD** *et al*                                                    **DEFENDANTS**

**O R D E R**

Now before the Court is the Plaintiff's Motion to Transfer. Mot., ECF No. 116. Plaintiff moves the Court to transfer his case to the Eastern District of Arkansas as such a transfer would be more "feasible" for the case to proceed if Defendants' counsel and Plaintiff were in "close proximity." The Plaintiff is housed in the Tucker Unit of the Arkansas Department of Correction in Tucker, Arkansas and the Defendants' counsel is located in Little Rock, Arkansas.

Plaintiff provides no relevant basis for a transfer to the Eastern District of Arkansas. The Defendants in this case appear to be located in the Western District of Arkansas. Plaintiff's allegations occurred in the Western District of Arkansas. Jurisdiction of this case appears to be predicated on 28 U.S.C. § 1343. Under 28 U.S.C. § 1391(b), venue appears to be proper as the defendants are located in this district and the events giving rise to the instant action occurred in this district.

The Motion for Transfer, ECF No. 116, is hereby DENIED.

**IT IS SO ORDERED** this **4th** day of **November 2010.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE