IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TOMMY RADFORD                                              PLAINTIFF

vs.                          Civil No. 1:08-cv-1008

CAPTAIN DAVID NORWOOD, et al.                              DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed January 28, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 130.  Judge Bryant recommends that the Motion to Dismiss (ECF No. 122) filed by Separate Defendants Brazzelle, Gill, Lampkins, McClure, Norwood, Smith, Speer, and Strickland be granted.  No parties have filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.  The Motion to Dismiss (ECF No. 122) is **GRANTED**.  Plaintiff's Complaint (ECF No. 1) and Addendum/Supplement to the Complaint (ECF No. 43) is **DISMISSED WITH PREJUDICE** as to Separate Defendants Brazzelle, Gill, Lampkins, McClure, Norwood, Smith, Speer, and Strickland.

**IT IS SO ORDERED**, this 17th day of February, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge