IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TOMMY RADFORD                                                                                    PLAINTIFF

vs.                                            Civil No. 1:08-cv-1008

BOBBY JOE JOHNSON, et al.                                                            DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed March 14, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 142.) Judge Bryant recommends that Separate Defendant Bobby Joe Johnson's Motion to Dismiss (ECF No. 133) be granted. No parties have filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The Motion to Dismiss (ECF No. 133) is **GRANTED**. Plaintiff's Complaint (ECF No. 1) and Addendum/Supplement to the Complaint (ECF No. 43) are **DISMISSED WITH PREJUDICE** as to Separate Defendant Bobby Joe Johnson. Further, the Court finds that Separate Defendant Bobby Joe Johnson's Motion for Extension of Time (ECF No. 140) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 31st day of March, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge